Jon Lloyd Houston x-2791955
_Name and Prisoner/Booking Number_

Rio Cosumnes Correctional center
_Place of Confinement_

12500 Bruceville Road,
_Mailing Address_

Elk Grove CA 95757
_City, State, Zip Code_

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**FILED**

OCT 1 9 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jon Lloyd Houston                    ,
_(Full Name of Plaintiff)_        Plaintiff,

v.

(1) Sacramento County Sheriffs Depart,
_(Full Name of Defendant)_
(2) mercy SAN Juan Hospital,
(3) Sacramento County Health Services,
(4) Sacramento County            ,
                        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:20-CV 2085-____ DB PC
_(To be supplied by the Clerk)_

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

■ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ■ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: _____Sacramento county_____.

Revised 3/15/2016                    1

## B. DEFENDANTS

1. Name of first Defendant: _Sacramento County Sheriffs_ . The first Defendant is employed as: _Entity_ at _Sacramento county Sheriff Dept._ (Position and Title) (Institution)

2. Name of second Defendant: _mercy SAN JAUN Hospital_ The second Defendant is employed as: _Entity_ at _Hospital_ . (Position and Title) (Institution)

3. Name of third Defendant: _County Health Services_ . The third Defendant is employed as: _Entity_ at _Sac. co righ health services main_ . (Position and Title) (Institution) _Jail_

4. Name of fourth Defendant: _Sacramento County_ . The fourth Defendant is employed as: _Entity / City / County_ at _County_ . (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☑ No

2. If yes, how many lawsuits have you filed? _∅_ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____ .

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____ .

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____ .

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Discrimination, FALSE ARREST.

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☒ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON 3·8·2020 I was Kidnapped And Almost Beaten to Death, I Excaped The House of my Attackers As they proceeded to Attempt to wrap my Body in plastic, AS I RAN Down The Street without No Shoes, Socks, underwear, Skirt, Just Sweats I grabbed on the way out the front Door, They Got into there car And Attempted to Run me over, I RAN Around The corner to the First Neighbors house, BANging On the Door As my Attackers Apparoned Again, I Broke the window on the Door of The Neighbors house And hid Behind the Door As they Drove Bye. The Resident came Out yelling At me And I Said please call 911 Someones trying to kill me, AS I lay in A pool of Blood, I ASK The Resident to protect my Body, If I passed out until the police Arrived, wen the police/Sheriffs Arrived I told them what happen And who Did it where I came from And Begged them to Arrest The 3 people who Attempted to murder me, they Said I was Not Making Any Sense And Arrested me for 459(A) (1st) Held me for three DAYS then on my First court DAte Dropped my case And Released me From Jail USED Bloody Broken Bones in Flip Flops.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

AS A victim of A violent Crime The Sheriffs caused injury By taking away my Right to Justice, And Because of color or social Class discriminated against me charging me with Burgerly, ALSo they put my Safty at Risk Because my Attackers have continued to look for me since that Day, And they Killed My Friend Mark Cotton, Already

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: Cruel and unusual Punishment, 8th Amendment.

2. **Claim II. Identify the issue involved. Check only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 3.8.2020 I was a victim of a violent crime And ARRived At mercy SAN Jaun Hospital I had multiple Gashes AND Lasherations From Being Beat with Blunt metal objects. From Being Kidnapped And Almost murdered, I was transported there in a Ambulance in the custody of the Sacramento County Sheriffs Department I was given a CT Scan which showed Swelling of my Brain, Fractures in my face and Skull and my Nose was Broken to the Right, I Recieved No medical Attention Besides The Scan, No Stiches, left my Nose Broke, And told the Sheriffs to Just take me to Jail.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Not A Administrative Issue / Non Grievable _____.

4

**CLAIM III**

1.   State the constitutional or other federal civil right that was violated: 8+H Amendment
Cruel and unusual Punishment.

2.   **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities          ☐ Mail               ☐ Access to the court      ■ Medical care

☐ Disciplinary proceedings   ☐ Property           ☐ Exercise of religion     ☐ Retaliation

☐ Excessive force by an officer  ☐ Threat to safety ☐ Other: _____.

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 3·8·20 SAcramento County Sheriffs took me to Sacramento
County Jail, After I had Been A victim of A violent crime.
It was clear And I informed Them that I had Great Bodily
injury, and Gasher And lasherations on my head and face
They Gave me no Stiches or even BAndaids. Between 3.8 and
3·10·20 (CHS) County Health Service At The Main Jail
Took XRAYS of my head and Seen my Nose was Broken
to the Right And And Fractures in my Skull And made
the Decision Not BAsed on medical BAses Not to treat
me. Or See if I had Any Brain damage By CT Scan,
Broken Nose Fractured Skull multiple lasceration No Stiches
No Setting of my bones. This is how I was treated when I
was a Victim of A Senseless violent crime.

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5.   **Administrative Remedies.**

  a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your
       institution?                                                    ■ Yes   ☐ No

  b.   Did you submit a request for administrative relief on Claim III?      ☐ Yes   ■ No

  c.   Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes   ■ No

  d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
       did not. My injuries Were to Sever e to fill out A Ad-
       ministrative Relief claim form, And I was unaware of my
       injure at that time.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:   I Seek Relif in the Amount of
$5,000,000.- (Five million Dollars) Plus ten times the
Awarded Amount in Punitive DAmages

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10 · 10 · 2020
               DATE

SIGNATURE OF PLAINTIFF

None pro-per
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Dear Clerk of court.                                    10 15 20

could you please give me instructions for
serving these entities if possible. Thank you
for your Attention to this matter
and you have A Blessed DAy!


                        Jn H.