UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JON LLOYD HOUSTON, | No. 2:20-cv-2085 WBS DB P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO CO. SHERIFF'S DEPT., et al., | |
| Defendants. | |

     Plaintiff is a county prisoner proceeding pro se. He initiated this action by filing a complaint on October 19, 2020. On October 20, 2020, the court sent plaintiff documents, including an order requiring plaintiff to inform the court whether he consents to the jurisdiction of a magistrate judge. Plaintiff was required to return the form for that election by November 23. However, on November 10, those documents were returned to this court as undeliverable.

     In an order filed January 25, 2021, this court recommended this action be dismissed for plaintiff's failure to keep the court apprised of his current address. Plaintiff filed objections to that recommendation. Plaintiff explains that was moved to the Sacramento County Jail and did not receive the documents sent on October 20. He requested, and has been sent, new copies of those documents.

////

Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The January 25, 2021 recommendation that this action be dismissed is vacated;

2. The Clerk of the Court is directed to provide plaintiff with the Prisoner New Case Documents and Order re Consent; and

2. Plaintiff shall file the form entitled "CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION" within thirty days of the date of the accompanying order.

Dated: February 19, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/hous2085.fr vacate