UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON LLOYD HOUSTON,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO CO. SHERIFF'S DEPT. et al.,<br><br>Defendants. | No. 2:20-cv-2085 WBS DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The findings and recommendations filed March 10, 2021 (ECF No. 7) are adopted in full; and

2. Defendant Mercy San Juan Hospital is dismissed from this action.

Dated: May 10, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DLB:9