UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON LLOYD HOUSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO CO. SHERIFF'S DEPT., et al.,<br><br>    Defendants. | No. 2:20-cv-2085 WBS DB P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. In an order filed March 10, 2021, this court dismissed plaintiff's complaint with leave to amend. Plaintiff was given 60 days to file an amended complaint. (ECF No. 7.) After the Clerk of Court determined that plaintiff had been transferred to a new prison, on August 4 the Clerk re-served the March 10 order. The re-service effectively changed the due date for plaintiff's amended complaint to 60 days from the new date of service.

Sixty days have passed and plaintiff has not filed an amended complaint or otherwise responded to the March 10 order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to prosecute and failure to comply with court orders. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 1, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/hous2085.fta fr