1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JON LLOYD HOUSTON,                         No.  2:20-cv-2085 WBS DB P

12                 Plaintiff,

13        v.                                     ORDER

14   SACRAMENTO CO. SHERIFF'S DEPT.,
     et al.,
15
                   Defendants.
16

17
          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief
18
     under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to
19
     28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
20
          On November 2, 2021, the magistrate judge filed findings and recommendations herein
21
     which were served on plaintiff and which contained notice to plaintiff that any objections to the
22
     findings and recommendations were to be filed within thirty days.  Plaintiff has not filed
23
     objections to the findings and recommendations.
24
          The court has reviewed the file and finds the findings and recommendations to be
25
     supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
26
     ORDERED that:
27
          1.  The findings and recommendations filed November 2, 2021 are adopted in full; and
28
                                              1

1       2. This action is dismissed for failure to prosecute and failure to state a claim upon which

2 relief  may be granted.  See E.D. Cal. R. 110; Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A(b).

3 Dated:  January 13, 2022

4 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17 DLB:9/hous2085.800

18

19

20

21

22

23

24

25

26

27

28

2